WILLIAM NOLL, Respondent, *v.* THE STANDARD OIL CLOTH COMPANY, Appellant.

*Noll v. Standard Oil Cloth Co.*, 175 App. Div. 901, affirmed.
(Argued April 22, 1919; decided May 20, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 14, 1916, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant, his employer. The complaint alleged that defendant failed to comply with the provisions of the Labor Law with respect to the guarding of shafting and that by reason of this neglect he sustained the injuries complained of. The answer alleged that the shafting in question was properly guarded and that the injury was due to the negligence of plaintiff himself.

*Frank Verner Johnson* and *Amos H. Stephens* for appellant.

*John F. Carew* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.